a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ADELSON MATERAZZI and ANGELO BOTTEON v. SAN-DIS ENGINEERING CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ADELSON MATERAZZI v. COMMERCIAL CASUALTY INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LOUIS FISCHER and Others v. WILLIAM GORHAM RICE, President, and Others, Constituting the New York State Civil Service Commission, and Others.— Motion for leave to appeal to the Court of Appeals and for other relief denied, with ten dollars costs and stay vacated. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

GRACE E. JONES v. NORTON RETAIL STORES, INC., Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH TEITELBAUM, Administrator, etc., of LOUIS TEITELBAUM, Deceased, v. SIEGFRIED STEINBERG and JEROME STEINBERG.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RUTH F. SIRE v. SECURITY INSURANCE COMPANY OF NEW HAVEN, CONNECTICUT. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARRIET D. STECKLER v. SOPHIE FACTOR and Others. HUMBERT M. MIRAGLIA, Receiver, and Another — WILSON SMYTH, Doing Business, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

HARRIET D. STECKLER v. SOPHIE FACTOR and Others. HUMBERT M. MIRAGLIA, Receiver, and Another.— WILSON SMYTH, Doing Business, etc.— Motion denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

HENRY I. GILBERT, on Behalf of Himself and All Other Stockholders of Associated Gas and Electric Company, v. C. W. BEALL and Others, Impleaded with HOWARD C. HOPSON.— Motion for leave to appeal to the Court of Appeals and for other relief denied, with ten dollars costs, and stay vacated, and the time of defendant-appellant to answer the amended complaint extended until ten days after service of order. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of AMERICAN DRY ICE CORPORATION for an Order of Mandamus against Hon. PETER SCHMUCK, Justice of the Supreme Court of the State of New York, in Connection with the Case of AMERICAN DRY ICE CORPORATION against DELANCEY CHEMICAL CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Merrell,